UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re:                                    )
                                          )
Miwanna Juane Thomas,                     )          Case No.: 25-10852
                                          )
                          Debtor.         )
_____  )

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the date indicated below, the undersigned served a copy of the NOTICE OF CHAPTER 13 CASE [Doc. No.: 4] and AMENDED CHAPTER 13 PLAN [Doc. No.: 17] to the parties as shown below via electronic transmission as may be applicable or by depositing the same in a post-paid wrapper, addressed accordingly, in an official depository of the United States Postal Service, in the manner prescribed by law:

Doug's 24 Hour Towing
2812 Alamance Road
Burlington, NC 27215

Helvey & Associates, Inc.
1015 E. Center Street
Warsaw, IN 46580

THIS the 9th day of January, 2026.

/s/ Samantha K. Brumbaugh
Samantha K. Brumbaugh
Attorney for Debtor
N.C.S.B. #32379
Ivey, McClellan, Siegmund, Brumbaugh
& McDonough,  LLP
305 Blandwood Ave.
Greensboro, NC 27402
skb@iveymcclellan.com
Telephone: (336) 274-4658