UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Miwanna Juane Thomas, | )  Case No.: 25-10852 |
| | ) |
| Debtor. | ) |

AFFIDAVIT REGARDING SERVICE OF AMENDED PLAN

I, Samantha K. Brumbaugh, certify that service of the Amended Plan [Doc. No.: 17] was served on January 29, 2026, by:

☐ Mail service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

☒ Certified Mail Service on an Insured Depository Institution: By sending the Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of service will be filed at a later date.

Capital One, NA
Attn: Officer
1680 Capital One Dr
Mclean, VA 22102

Under penalty of perjury, I declare that the foregoing is true and correct.

This is the 29th day of January, 2026.

/s/ Samantha K. Brumbaugh
Samantha K. Brumbaugh
Attorney for Debtor
NCSB# 32379
Ivey, McClellan, Siegmund, Brumbaugh & McDonough LLP
Post Office Box 3324
Greensboro, NC 27402
Telephone: (336) 274-4658
Fax: (336) 274-4540
Email: sbk@iveymcclellan.com